FERN PHARISS V. THE STATE.

No. 22033. Delivered April 1, 1942.
Rehearing Denied May 27, 1942.

The opinion states the case.

*Aubrey Davee,* of Brady, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was tried for a violation of the local option liquor laws of this State, and assessed a fine of $150.00 by the jury.

The same question as presented in our 22032, Johnnie Phariss v. State, this day decided (Page 234 of this volume) are again present in this case. The same matters are contained in the same number of bills as our No. 22032, and it is our opinion that they should be decided in the same way as in our No. 22032, to which we here refer. Upon that authority, this judgment is affirmed.

ON MOTION FOR REHEARING.

DAVIDSON, Judge.

The opinion on motion for rehearing in the case of Johnnie Phariss (No. 22,032) is applicable and controlling here.

For the reasons there assigned the appellant's motion for rehearing in this case is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.